UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:17-cv-1190 DB P |
| Plaintiff, | |
| v. | ORDER |
| J. LEBECK, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff has consented to the jurisdiction of a magistrate judge. (ECF No. 5.) In an order filed June 16, 2017, the court held that plaintiff has accrued three strikes under 28 U.S.C. §1915(g) and does not meet the exception for imminent danger. (ECF No. 4.) Therefore, under the three strikes rule, plaintiff may not proceed in forma pauperis in this case. The court ordered plaintiff to pay the filing fee within thirty days and warned that his failure to do so would result in dismissal of this action without prejudice.

////

////

////

////

////

The thirty-day period has passed and plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice. <u>See</u> E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

Dated: August 1, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/bont1190.fta